CHRISTOPHER CHIOU
Acting United States Attorney

GREG ADDINGTON
Nevada State Bar No. 6875
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Greg.Addington@usdoj.gov
Counsel for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOLLAND KINDER,<br><br>Plaintiff,<br><br>v.<br><br>CONNIE NOLAN, in her official capacity as Acting Associate Director of the Service Center Operations Directorate of United States Citizenship and Immigration Services, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | 2:21-cv-1641-GMN-EJY<br><br>STIPULATION AND ORDER FOR DISMISSAL OF ACTION |

    Plaintiff Holland Kinder and each of the named defendants, through their undersigned counsel, hereby stipulate and agree that this action may be dismissed without prejudice pursuant to Rule 41(a)(1),

//

//

1

Fed.R.Civ.P., with each such party to bear their own costs and expenses of litigation, including attorneys' fees.

_____
ALEXANDER RANDOLPH VAIL
Counsel for Plaintiff Holland Kinder

_____
GREG ADDINGTON
Assistant United States Attorney
Counsel for defendants

IT IS SO ORDERED.

Dated this  18  day of October, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT